SLIP OPINION



Cite as 2014 Ark. App. 630

# ARKANSAS COURT OF APPEALS

DIVISION EN BANC
No. CV–14–525

| | |
|---|---|
| GAYLE D. ZIMMERMAN<br>APPELLANT | **Opinion Delivered** November 5, 2014 |
| V. | APPEAL FROM THE ASHLEY COUNTY CIRCUIT COURT [NO. DR–2013-53-2] |
| SAMUEL B. POPE<br>APPELLEE | HONORABLE ROBERT WILSON GARRETT, JUDGE |
| | ORDER SET ASIDE; APPELLANT'S BRIEF DUE IN 30 DAYS |

## PER CURIAM

On September 24, 2014, we issued an order granting appellant's motion to supplement the record and to extend the time to file her brief in this case. We also ordered her to clarify her notice of appeal within ten days from the date of the order. We then issued writs to the clerk and court reporters of the Ashley County Circuit Court ordering them to certify to us a complete transcript of the record, as appellant had suggested in her motion to us that a complete record had not been filed.

We have received appellant's "Amended Clarification of Notice of Appeal," appellee's response thereto, and appellant's reply to appellee's response. We have also received an affidavit from the Ashley County Circuit Clerk indicating that one of the orders that appellant requested be included in the record was from another case, not the case appealed herein.

Finally, we have received letters from the Ashley County court reporters regarding our writ, our request for additional transcript material, and their statements concerning appellant's lack of payment. Upon further review of the pleadings and other documents filed in this case to date, we set aside our previous order of September 24, 2014. We pass any issues remaining to be resolved to the three-judge panel assigned to the case after briefs have been submitted.

Appellant's brief is due within 30 days from the date of this order.

*Gayle D. Zimmerman*, pro se appellant.

*Byrd Law Firm, P.A.*, by: *John Richard Byrd, Sr.*, for appellee.